## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|                                        |                              |
| -------------------------------------- | ---------------------------- |
| JUANITA WARD,                          |                              |
|                     Plaintiff,         |                              |
|           v.                           | Civil Action No. 06-4646     |
| MOST HEALTH SERVICES, INC., et al.,    |                              |
|                     Defendants.        |                              |

## ORDER

AND NOW, this 21st day of December 2009, upon consideration of the parties' Consent Motion to Vacate the January 6, 2009 Order of Dismissal and to Enter a Nunc Pro Tunc Consent Order of Dismissal, and for the reasons enumerated in the accompanying memorandum, it is hereby ORDERED as follows:

(1)     The Order entered in this case on January 6, 2009, by Magistrate Judge M. Faith Angell (docket no. 73) is VACATED;

(2)     Defendant Richard Barry Levine bargained for, and obtained, a general release. Pursuant to that release, which remains in full force, Dr. Levine has been released as to any and all past, present, and future claims that have been, could have been, or could in the future be brought by any person or entity with regard to damages and/or injuries arising out of the facts and incidents at issue in this case;

(3)     A CONSENT JUDGMENT, which was bargained for in the 2006 settlement agreement, as amended, between plaintiff and Most Health Services, Inc. and Most Healthcare Systems, Inc. ("the Most entities"), is entered in favor of plaintiff against the Most entities. Judgment shall be in the amount of $3,000,000;

(4)     This case is DISMISSED WITH PREJUDICE pursuant to the agreement of
        counsel; and

(5)     Dismissal of this action shall not preclude plaintiff from enforcing her
        consent judgment with the Most entities by bringing suit against any and all
        insurers or underwriters, or agents of insurers or underwriters, who may
        have provided insurance, indemnity, or claims services to or on behalf of
        the Most entities.


                                        BY THE COURT:

                                        /s/Louis H. Pollak
                                        Pollak, J.